1  Robert W. Freeman, Jr., Esq.
   Nevada Bar No. 003062
2  FREEMAN & ASSOCIATES
   1060 Wigwam Parkway
3  Henderson, Nevada 89074
   (702) 309-3333
4
5  Attorneys for Defendant
   American Family Mutual Insurance Company

6              UNITED STATES DISTRICT COURT

7                  DISTRICT OF NEVADA

8                     * * * * *

9
   MARK CHEEK and ETIENNE GIORDANO,    )   CASE NO: 2:10-cv-2217-RLH-GWF
10                                      )
            Plaintiffs,                 )
11                                      )
   vs.                                  )   STIPULATION AND ORDER FOR
12                                      )   DISMISSAL WITH PREJUDICE
   AMERICAN FAMILY MUTUAL INSURANCE     )
13 COMPANY, a Foreign Corporation; DOES 1- )
   25; ROE Entities 1-25, inclusive,    )
14                                      )
            Defendants.                 )
15  _____ )

16        IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and

17 their respective counsel of record, and upon the representation having been made that all

18 claims have been settled.  The above-entitled action may be dismissed with prejudice, each

19 party to bear its own costs and attorney fees.

20 Dated 21ˢᵗ day of February, 2012.        Dated 15ᵗʰ day of February, 2012.

21 FREEMAN & ASSOCIATES                       MURPHY & MURPHY LAW OFFICES

22

23 Robert W. Freeman, Jr., Esq.              Craig M. Murphy, Esq.
   Nevada Bar No. 3062                       Nevada Bar No. 4010
24 Isaiah A. Jerez, Esq.                     10191 Park Run Drive, Suite 100
   Nevada Bar No. 011615                     Las Vegas, NV 89145
25 1060 Wigwam Parkway                       Attorneys for Plaintiffs
   Henderson, Nevada 89074
26 Attorneys for Defendant
   American Family Mutual Insurance
27 Company

28

FREEMAN & ASSOCIATES
1060 WIGWAM PARKWAY
HENDERSON, NEVADA 89074
TELEPHONE (702) 309-3333

1

2          IT IS SO ORDERED.

3

4                                          **ORDER**

5

                                           _____
                                           UNITED STATES DISTRICT JUDGE

                                           DATED:  _____February 23, 2012_____

6

7

8

9

10

11

FREEMAN & ASSOCIATES
1060 WIGWAM PARKWAY
HENDERSON, NEVADA 89074
TELEPHONE (702) 309-3333

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28