Robert W. Freeman, Jr., Esq.
Nevada Bar No. 003062
FREEMAN & ASSOCIATES
1060 Wigwam Parkway
Henderson, Nevada 89074
(702) 309-3333

Attorneys for Defendant
American Family Mutual Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| MARK CHEEK and ETIENNE GIORDANO,<br><br>    Plaintiffs,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Foreign Corporation; DOES 1-25; ROE Entities 1-25, inclusive,<br><br>    Defendants. | CASE NO: 2:10-cv-2217-RLH-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled. The above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

Dated 21st day of February 2012.

FREEMAN & ASSOCIATES

_/s/ Isaiah A. Jerez_
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
Isaiah A. Jerez, Esq.
Nevada Bar No. 011615
1060 Wigwam Parkway
Henderson, Nevada 89074
Attorneys for Defendant
American Family Mutual Insurance Company

Dated 15th day of February, 2012.

MURPHY & MURPHY LAW OFFICES

_/s/ Craig M. Murphy_
Craig M. Murphy, Esq.
Nevada Bar No. 4014
10191 Park Run Drive, Suite 100
Las Vegas, NV 89145
Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____February 23, 2012_____